**Lawrence Verline WILDER, Sr., Plaintiff–Appellant,**

v.

**Attorney General Loretta E. LYNCH, Defendant–Appellee.**

No. 15–2323.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: March 31, 2016.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Wilder's informal brief does not challenge the basis for the district court's disposition, Wilder has forfeited appellate review of the court's order. Accordingly, we deny Wilder's motions to appoint counsel and for a change of venue and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*